United States District Court
District of Massachusetts

| | |
|---|---|
| Megan Doe, <br><br> Plaintiff, <br><br> v. <br><br> Mark Boles, <br><br> Defendant, | Civil Action No. <br> 23-CV-12700-NMG |

### MEMORANDUM & ORDER

GORTON, J.

In accordance with Fed. R. Civ. P. 64 and Mass. R. Civ. P. 4.1(f), this Court has held an ex parte hearing on the motion of plaintiff Megan Doe for attachment of defendant Mark Boles' membership interest in Intrinsic, LLC in the amount of $1,000,000.

Whereupon, the Court determines that 1) plaintiff has demonstrated a reasonable likelihood that she will recover judgment in an amount equal to or greater than $1,000,000 over and above any liability insurance known or reasonably believed to be available and 2) there is a clear danger that defendant, if notified in advance of the attachment, would conceal or dissipate his interest in Intrinsic, LLC.

Plaintiff's motion for attachment (Docket No. 2) is, therefore, **ALLOWED**. The resulting writ of attachment is attached as Exh. A hereto.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated November 27, 2023